Markman, J.
(dissenting). I would grant leave to appeal for the reasons set forth by Justice Viviano, as well as to address whether, given that MCL 117.36 of the Home Rule City Act provides that “[n]o provision of any city charter shall conflict with or contravene the provisions of any *940 general law of the state,” the November 2012 amendment of the Grand Rapids City Charter, by rendering certain marijuana offenses in Grand Rapids punishable by a $25 fine, can be reasonably said to “contravene,” although not necessarily “conflict with,” state laws that punish equivalent offenses “by imprisonment for not more than 1 year or a fine of not more than $2,000.00, or both.” MCL 333.7403(2)(d).